UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-374-GCM
(3:12-cr-239-GCM-DCK-20)

| | | |
|---|---|---|
| FRANK DESIMONE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner's Motion for Reconsideration, (Doc. No. 6), of the Court's prior Order denying Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. In support of the motion for reconsideration, Petitioner merely contends that the Court should grant him relief based on the arguments made in his original motion to vacate. Petitioner's Motion for Reconsideration is denied for the reasons given in the Court's order dismissing Petitioner's motion to vacate.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, (Doc. No. 6), is **DENIED**.

Signed: November 20, 2015

Graham C. Mullen
United States District Judge

1